**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | Case No. 24-70244-EVR |
| DONOVAN SALCEDO | § | |
| Debtor(s) | § | Chapter 7 |

### NOTICE OF RESET OF 341 MEETING OF CREDITORS

You are hereby notified that the Meeting of Creditors (Section 341 Meeting) is reset to December 19, 2024, at 11:30 am, via Zoom - Curtis: Meeting ID 226 275 2576, Passcode 3292237658, Phone (956) 597-3216.

.

Respectfully submitted,

*/s/ CATHERINE STONE CURTIS*
Catherine Stone Curtis
Texas Bar No. 24074100
Federal ID No. 1129434
McGINNIS LOCHRIDGE
P.O. Box 720788
McAllen, TX 78504
Ph: (956) 489-5958
Fax: (956) 331-2304
Email: ccurtis@mcginnislaw.com
**CHAPTER 7 TRUSTEE**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing has been served on all necessary parties in accordance with FRBP 2002 on the date it was filed electronically or within two business days thereafter.

**VIA ELECTRONIC NOTICE ONLY:**
U.S. Trustee
615 E. Houston Street
Suite 533
San Antonio, TX 77205

**VIA ELECTRONIC NOTICE AND VIA FIRST CLASS MAIL:**
**Debtor (s)**
Donovan Salcedo
302 Cobia Dr., Apt 9217
Katy, TX 77494

**Debtor's Counsel**
ALAN D BORDEN
RESOLVE LAW GROUP
801 TRAVIS ST STE 2101
HOUSTON, TX 77002

And to all parties on the attached matrix not already listed above, VIA FIRST CLASS MAIL.

/S/CATHERINE STONE CURTIS
Catherine Stone Curtis

Acima Credit
9815 South Monroe Street 4th Floor
Sandy, UT 84070-4384

Affirm, Inc.
Attn: Bankruptcy
30 Isabella St 4th Floor
Pittsburgh, PA 15212-5862

Alan D Borden
Resolve Law Group
801 Travis St Ste 2101
Houston, TX 77002-5730

Ally Financial, Inc
Attn: Bankruptcy
500 Woodard Avenue
Detroit, MI 48226-3416

Catherine Stone Curtis
McGinnis Lochridge
P.O. BOX 720788
McAllen, TX 78504-0788

Department of Treasury
PO Box 7317
Philadelphia, PA 19101-7317

Donovan Salcedo
302 Cobia Dr Apt 9217
Katy TX 77494

Goldman Sachs Bank USA
Lockbox 6112, PO Box 7247
Philadelphia, PA 19170-6112

Hameroff Law Group PC
Attn: Garrett Culver, Esq.
3443 E Fort Lowell Rd
Tucson, AZ 85716-5669

Harley Davidson Financial
Attn: Bankruptcy
PO Box 22048
Carson City, NV 89721-2048

Hughes Federal Credit Union
Attn: Bankruptcy
PO Box 11900
Tucson, AZ 85734-1900

PNC BANK RETAIL LENDING
P O BOX 94982
CLEVELAND OH 44101-4982

Rally Credit Union.
Attn: Bankruptcy
PO Box 81349
Corpus Christi, TX 78468-1349

UPLIFT INC
2 N CENTRAL AVE FL 10
PHOENIX AZ 85004-2322

US Trustee
Office of the US Trustee
515 Rusk Ave
Ste 3516
Houston, TX 77002-2604

Wells Fargo Bank NA
Attn: Bankruptcy
1 Home Campus Mac X2303-01a 3rd Floor
Des Moines, IA 50328-0001

Wells Fargo Dealer Services
Attn: Bankruptcy 1100 Corporate Center D
Raleigh, NC 27607-5066

Wells Fargo Personal Lines & Loan
Attn: Bankruptcy 1 Home Campus MACX2303
Des Moines, IA 50328-0001